UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MELFORD JOHN WARREN, JR.,

                Petitioner,

  v.

STATE OF WASHINGTON, et al,

                Respondents.

Case No. 3:18-cv-05356-RBL-TLF

REPORT AND RECOMMENDATION

Noted for July 13, 2018

This matter comes before the Court on petitioner Melford John Warren Jr.'s filing of a document he titles "Request on How to Proceed" (Dkt. 1) and an application to proceed *in forma pauperis* (Dkt. 5). Because Mr. Warren fails to indicate any cause of action or identify the specific relief he seeks from the Court, the undersigned recommends this matter be dismissed as frivolous, prior to the granting of his application to proceed *in forma pauperis*.

Mr. Warren, who is currently an inmate at the Monroe Correctional Complex, located in Monroe, Washington, claims in his "Request on How to Proceed" that his identity has been stolen, and he is being fraudulently incarcerated for a crime he did not commit in order to cover up a murder that occurred in Kitsap County, Washington. Dkt. 1. Mr. Warren, however, does not indicate what specifically he seeks from the Court in filing this document. Rather, Mr. Warren seeks advice from the Court on what the proper course is for him to take regarding the above claim.

It is not the proper place of the Court, however, to tell Mr. Warren what he should do in

1  regard to any legal or other claim he believes he may have. Because Mr. Warren has not set forth

2  any cause of action on which to proceed, the undersigned recommends this matter be dismissed

3  prior to the granting of plaintiff's *in forma pauperis* application.

4  The parties have **fourteen (14) days** from service of this Report and Recommendation to

5  file written objections thereto. 28 U.S.C. § 636(b)(1); Federal Rule of Civil Procedure (FRCP)

6  72(b); *see also* FRCP 6. Failure to file objections will result in a waiver of those objections for

7  purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the above time limit,

8  the Clerk shall set this matter for consideration on **July 13, 2018**, as noted in the caption.

9  Dated this 28th day of June, 2018.

*[signature]*

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2