UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MELFORD JOHN WARREN, JR.,

    Petitioner,

v.

STATE OF WASHINGTON, et al,

    Respondent.

Case No. 3:18-cv-05356-RBL-TLF

ORDER TO DISMISS

The Court, having reviewed the report and recommendation, the petition for writ of federal *habeas corpus* relief and the remaining record, hereby finds and ORDERS:

(1)     the Magistrate Judge's report and recommendation is approved and adopted;

(2)     petitioner has failed to present a *habeas corpus* petition or other cause of action upon which the Court can act, and therefore this matter is DISMISSED; and

(3)     the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 16th day of July, 2018.

Ronald B. Leighton
United States District Judge

ORDER TO DISMISS - 1